E-FILED
Tuesday, 10 March, 2020 08:29:55 AM
Clerk, U.S. District Court, ILCD

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

### Central District of Illinois  ▾

_Peoria_____ Division

| | | |
|---|---|---|
| INTELLENGNCE-R-Us,<br>Director Jason Cohee | ) | Case No. ___20-CV-1090___ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| PEORIA COUNTY ILLINOIS SHERIFF'S OFFICE | ) | |
| Sheriff Brian Asbell | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Intelligence-R-Us ("IRU") |
| Street Address | 10232 Lake Camelot Dr. |
| City and County | Mapleton, Peoria |
| State and Zip Code | Illinois  61547 |
| Telephone Number | 309-408-8816 |
| E-mail Address | jasoncohee2@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name      Brian Asbell

    Job or Title *(if known)*      Sheriff of Peoria County Sheriff's Office

    Street Address      301 N. Maxwell Road

    City and County      Peoria, Illinois

    State and Zip Code      Illinois, 61604

    Telephone Number      309-697-7858

    E-mail Address *(if known)*      basbell@peoriacounty.org

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[4] Federal question                          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

29 CFR Ch. XIV (7-1-10 Edition) PART 1608 AFFIRMATIVE ACTION APPROPRIATE UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, EQUAL PROTECTION CLAUSE as IT IS EMBEDDED IN THE 14TH AMENDMENT. Federalist Papers No. XXIX CONCERNING THE MILITIA; [s]upposition of want power to require the aid of the POSSE COMITATUS is entirely destitute of color...

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* BRIAN ASBELL , is a citizen of the State of *(name)* ILLINOIS . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* Brian Asbell , is incorporated under

the laws of the State of *(name)* ILLINOIS 55 ilcs 5/3-6022 , and has its

principal place of business in the State of *(name)* Illinois .

Or is incorporated under the laws of *(foreign nation)* none ,

and has its principal place of business in *(name)* Peoria County Sheriff's Office .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Intelligence-R-Us ("IRU") claim that the controversy is remedied with an Injunction to correct the Sheriff's hiring practices of Black Americans. The IRU is affiliated with the New Black Panther Party and is recognized by the U.S. Attorney Office in Peoria, Illinois as of March 4th 2020 as Exhibit "A" will display.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In the Peoria County Sheriff's station house through an Illinois Freedom of Information Act request on the diversity of racial distribution that the said Sheriff allowed to have firearms to patrol the said County.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

An email on February 27th 2020 at 4:04 PM from the Sheriff's Department FOIA Officer, Rebecca Boland.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*
The underlying facts will be discoverd in a FOIA response and discloser tha plainly displays unfair hiring
practices by the Peoria County Sheriff, Brian Asbell toward Black Americans. See Plaintiff's Exhibit "B".
Intelligence-R-Us is an organization that stands on NAACP v PATTERSON 357 us 449, 460 (1958)
Effective advocacy of both public and private points of view, particularly controversial ones, is
undeniably enhanced by group asociation..." To be the sole menber of the IRU to to step forward and
stand up to the Peoria County Sheriff, as his civic duty, creates great psychological harm to his mental
stability knowing that persucution is enevitable from previous experience with the Sheriff's Office. "
Emotional harm caused by the City's failure to timley notify family of their relative's death." CHAUNDRY
v CITY OF l.a.,751 F.3D 1096 (9TH cIR. 2014) and "Emotional and physical upset, as well as stigma ,
as a result of racially derogatory comments..." Inland Medition Bd. v City of Pomkana, 158 F.Supp. 2d
(C.D. Cal. 2001) For a racial slur on broadcastr TV by Sheriff.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.
The economic damages will be adjusted upon the failure to hire qualified Black Americans after the relief has
been issued.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.
Issue instuctions to the Jury for a fair award after victory, and an Injunction to promote fair hiring practices.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         03/09/2020

Signature of Plaintiff

Printed Name of Plaintiff     Jason Cohee

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

 Gmail        Jason Cohee <jasoncohee2@gmail.com>

## Cohee Fwd: FOIA RESPONSE
2 messages

**Jason Cohee** <jasoncohee2@gmail.com>
To: nbpphq@gmail.com

Here's the Intell Brothers from another Mother.

-------- Forwarded message --------
From: **Jason Cohee** <jasoncohee2@gmail.com>
Date: Thu, Feb 27, 2020, 4:04 PM
Subject: Re: FOIA RESPONSE
To: Rebecca Boland <rboland@peoriacounty.org>

Hi Ms.Boland,

That appears to be some extremely professional work. What I intend to do with that information is draft a Constructive Notice after I research Affirmative Ac have brought this to your attention. You may not be aware of the violation . Once Constructive Notice is given the Jury deliberates whether or not you had e some one tripped and fell to Bust there head Wide Open. It might take me a day to do it. I have been the busiest man with nothing to do.

Ms. Boland, if you bring that to the attention of your superior, Mr. Chief Deputy Gaa, Iwould truly appreciate it. Thank you for your timely response.

With respect, Jason Cohee

On Tue, Feb 25, 2020 at 9:39 AM Rebecca Boland <rboland@peoriacounty.org> wrote:

As of today, the Sheriff's Office has 202 employees. We do not have a breakdown by department or rank but see below for the requested information.

# January 2020 Employee Demographics

| Race | COMMISSIONED | | NON COMMISIONED | | CONTRACT | |
|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female |
| White | 57 | 2 | 70 | 37 | 0 | |
| African American | 1 | 1 | 12 | 12 | 0 | |
| Hispanic | 4 | 0 | 3 | 1 | 0 | |
| Asian | 0 | 0 | 1 | 1 | 0 | |
| Native American | 0 | 0 | 1 | 0 | 0 | |
| Other | 0 | 0 | 1 | 0 | 0 | |
| Total | 62 | 3 | 88 | 51 | 0 | |





| | LEADERSHIP | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | CORRECTIONS | | | | ADMINISTRATIC | |
| | DCS/ACS | | SEARGENTS | | UNDERSHERIFF/SI | |
| Race | Male | Female | Male | Female | Male | Female |
| White | 5 | 0 | 2 | 2 | 4 | |
| African American | 1 | 2 | 0 | 0 | 0 | |
| Hispanic | 0 | 0 | 0 | 0 | 0 | |
| Asian | 0 | 0 | 0 | 0 | 0 | |
| Native American | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | |
| Total | 6 | 2 | 2 | 2 | 4 | |

**Jason Cohee** <jasoncohee2@gmail.com>
To: amar@illinois.edu

Sat, Feb 29, 2020 at 8:21 PM

**BINGO**
[Quoted text hidden]

## NOTICE OF REJECTION OF ATTEMPTED SERVICE OF PROCESS UPON THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF ILLINOIS

I, John C. Milhiser, United States Attorney for the Central District of Illinois, hereby reject your recent attempted service of a summons and complaint upon the United States Attorney for the Central District of Illinois.

If this was attempted personal service of process, it is rejected because in violation of the Designation that, in compliance with Rule 4(i)(A)(i) of the Federal Rules of Civil Procedure, has been filed with the Clerk of the United States District Court for the Central District of Illinois, in its offices for the Springfield, Peoria, Rock Island, and Urbana Divisions of this Court, it was not personally served upon either myself, or upon my First Assistant United States Attorney, who currently is Douglas Quivey, or upon my Secretary, who currently is Tami Richmond. These are the only persons, in addition to myself, who, as recited in this Declaration, are authorized to accept personal service of process on the United States Attorney for this District. Each divisional office may be served on the third floor of the Springfield, Illinois, office of the United States Attorney at 318 S. Sixth Street, Springfield, Illinois 62701-1806, telephone number 217/492-4450.

If this attempted service was by either certified or registered mail, it is rejected because as recited in this same Directive, my Secretary is the only civil-process clerk for this entire District who is authorized to accept this alternative service of process.

Sincerely,

John C. Milhiser
United States Attorney

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF PEORIA COUNTY, ILLINOIS

JASON E. COHEE
 *Director of Intelligence-R-Us ("IRU"*
 Plaintiff, petitioner

Vs.

DONALD J. TRUMP
 *President of the United States*
 Defendant, respondent

FILED
ROBERT M. SPEARS
MAR 0 2 2020
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

No. 20-CH-_____90._____

## COMPLAINT FOR JUDICIAL RELIEF

### INTRODUCTION

1.  Plaintiff, Jason Cohee, in proper person, issues this complaint against

    Defendant for Corruption, Oath of Office Violation, and Treason for

    using Pardon powers not granted him in Article 2 Section 2 of the

    United States Constitution to grant clemency to *impeached* Illinois

    Governor Rod J. Blagojevich on or about February 18th of 2020.

2.  Plaintiff, Jason Cohee, (hereinafter "Plaintiff") is an individual who is

    currently, and at all relevant times herein, a resident of the State of

    Illinois, Peoria County, Village of Mapleton, Lake Camelot subdivision.

3.  Plaintiff is Director of Intelligence-R-Us (*NAACP V Patterson)* is an

    organization recognized by the United States Department of Defense

1

and the Navy's Judicial Advocate General in a Freedom of Information Act battle.

4.  Defendant, President Donald J. Trump, (hereinafter "Defendant") is an individual who  is currently, and was at all times herein the President of the United States of America.

5.  All of the acts alleged herein were duly performed by and are attributable to Defendant.

6.  The law and facts to prove each individual Counts will be stated hereinafter.

## FACTS

7.  The New York Times article "Trump Grants Clemency to Blagojevich, Milken and Kerik" published February 18th, 2020 updated the 19th states about the clemency the Defendant offered impeached Governor of Illinois:

   a.  " He was particularly critical of the 14-year prison sentence for Mr. Blagovich, who was convicted of trying when he was governor Illinois to essentially sell the Senate seat vacated by Barack Obama when he became president. [ In addition to contesting the sentence imposed on remand, Blagovich contends

that our 2015 opinion erred to the extent it affirmed any of his convictions." (*U.S. v Blogojevich,* no. 16-3254 p. 5 (Dec.Apr. 2017 7th Cir.)]

b. "That was a tremendously powerful, ridiculous sentence, in my opinion" Mr. Trump said after announcing that Mr. Blagojevich would go free serving eight years."

8.    Fact from Chicago Tribune article dated January 30th, 2009

"Impeached Illinois Gov. Rod Blagojevich has been removed from office:

a. Senators voted 59-0 to remove Rod Blagojeovich.

b. Senate's unanimous, back-to-back to votes to convict Blagojevich on a sweeping article of impeachment and disqualify him from future public office in Illinois represented a swift repudiation following his NorthSide home on federal corruption charges..."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CAUSE-OF- ACTION FOR **1 COUNT** OF COMMON LAW TREASON

9. *Marbury v Madison,* 5 US 137,179 (1803) "no person,' says the Constitution, 'shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court."

10. Defendant owed an allegiance to the State of Illinois and released a

corrupt Governor to levy war against the People of Illinois

11.Defendent Adhered to the enemies of this State of Illinois, giving Rod

Blagovich, an Enemy of the State , aid and comfort [720 ILCS 5/30-1]

***********************************************************************

CAUSE-OF-ACTION FOR 1 **COUNT** VIOLATION OATH OF OFFICE

12. *Marbury v Madison,* at p. 180 The immoral action to overstep the

judgment  of the 7th Circuit decision in *U.S. v Blogojevich* and overstep the

boundary line the Illinois Senate to impeach a Corrupt Governor.

13. The United States Constitution in Article II section 2 does not allow

Presidential pardons or clemency for State impeachment convicts.

***********************************************************************

CAUSE-OF-ACTION FOR 1 **COUNT** COMMON LAW CORRUPTION FOR
LEGISLATIVE BILL OF ATTAINDER

14. Intimidation by a public official  to release the impeached Governor

without proper jurisdiction. [ 5 ILCS 283/10 (a)(1); *Moncelle v McDade,*

2017 App (3d) 160579 at 19]

15. Executive officials are not immune from suit outside the norm, conduct

business outside their proper public business.

4

16. Federal officials who seek absolute exemption from personal liability for unconstitutional conduct must bear the burden of showing that public policy requires an exemption of that scope. (*Cleavinger v Saxner*, 474 U.S. 193,201 (1985))

17. Defendant fits the description and characteristics of a person that should not be President of the United States of America. (*U.S. v Brown*, 381 US 437,455 (1965))

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BRIEF ON HOW TO ISSUE A BILL OF ATTAINDER

18. Plaintiff recommends that the Honorable Judge Frank Ierulli or a Judge in his stead propose a Bill to the General Assembly of Illinois that the Defendant is guilty on the three claimed Counts. Then Illinois votes on the Bill to impeach the President of the United States. Thereafter the Illinois Governor with advice of the Chief Judge of the Illinois Supreme Court either signs or vetoes the Bill with the Advice of the Illinois Supreme Court Justice to rewrite COHEE's BILL OF ATTAINDER to run "[a]ttainder generally carried with it "corruption of blood," which meant the attainted party's heirs could not inherit his property. (*Brown* at 441) Moreover, "[t]he Executive

5

Department is the branch most likely to forget the bounds of its authority,..." Id? 443

From the *Federalist Papers* No.XLVI "The Influence of the State and Federal Government Compared [JamesMadison]; "[a]mbitous encroachments of the Federal Government,on the authority of the State Governments, would not excite the opposition of a single State, or of a few States only. They would be signals of general alarm. Every government would espouse the the common cause. A correspondence would be opened. Plans of resistance would be concerted. One Spirit would animate and conduct the whole." The authors take is; that when the Executive encroaches on the boundary lines so seriously to impose impeachment by Illinois legislation the other States should say; "Where has the encroachment and influence been an Abuse of Discretion in our State because we need to ask yourself should Illinois be alone when we look at the picture as a whole."


Dated: 3/01/2020                          Submitted with respect,

                                          /S/ Jason Cohee
                                          10232 Lake Camelot Dr.
Email: jasoncohee2@gmail.com              Mapleton, IL 61547
                                          Last resort #309-408-8816
                                          No messages

6

## CERTIFICATE OF SERVICE

Pro se Jason Cohee, Director of the IRU, under penalties as provided by law pursuant to s1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), certifies that the statements set forth in this certificate of service are true and correct, and that he has  served a copy of the foregoing Court documents file March 2nd of 2020 by US mail, proper postage affixed mailed at Peoria, Illinois on March 2nd, 2020 to U.S. Attorney Office, 211 Fulton St., #400,Peoria, IL 61602

A copy of the foregoing documents were efile exempt at the Peoria County Courthouse.

By s/ Jason Cohee

7

United States Attorney Office
211 Fulton Street
#400
Peoria, IL 61602

RECEIVED

MAR 6 2020

U.S. ATTORNEY
PEORIA, ILLINOIS

1000

61602

R2304N116938-80

T. Cohee
10232 Lake Camelot Dr.
Mapleton, IL 61547

United States Attorney
211 Fulton Street
#400
Peoria, IL 61602

